| Attorney or Party without Attorney: <br> J. MICHAEL HENNIGAN, ESQ. <br> HENNIGAN, BENNETT & DORMAN LLP <br> 865 SOUTH FIGUEROA STREET <br> SUITE 2900 <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-694-1200     FAX No: 213-694-1234 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of Nevada | |
| Plaintiff: AVENUE CLO FUND, LTD., ET AL. | |
| Defendant: BANK OF AMERICA, N.A., ET AL. | |

| **PROOF OF SERVICE** <br> **SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 09-CV-01047 KJD-PAL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

3. a. Party served:         BANK OF SCOTLAND
   b. Person served:        ALLEN JACKSON, REGIONAL DIRECTOR. AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    311 S. WACKER ST.
                                          SUITE #1625
                                          CHICAGO, IL 60606

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 31, 2009 (2) at: 4:00PM

7. **Person Who Served Papers:**
   a. Nicholas Lagger

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:**
   e. I am: Not a Registered California Process Server

**First Legal Support Services** SM
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Wed, Aug. 05, 2009

                                                                (Nicholas Lagger)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE
                                                      SUMMONS                    4419980.michenn.230243