1  Dennis L. Kennedy
   Nevada Bar No. 1462
2  Sarah E. Harmon
   Nevada Bar No. 8106
3  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada  89148-1302
   Telephone: (702) 562-8820
5  Facsimile: (702) 562-8821
   dkennedy@baileykennedy.com
6  sharmon@baileykennedy.com

7  Thomas C. Rice (*will comply with LR IA 10-2 within 45 days*)
   David Woll (*will comply with LR IA 10-2 within 45 days*)
8  Justin S. Stern (*will comply with LR IA 10-2 within 45 days*)
   SIMPSON THACHER & BARTLETT LLP
9  425 Lexington Avenue
   New York, New York 10017
10 Telephone: (212) 455-2000
   Facsimile: (212) 455-2502
11 trice@stblaw.com
   dwoll@stblaw.com
12 jstern@stblaw.com

13 Attorneys for Defendants JPMORGAN CHASE
   BANK, N.A., BARCLAYS BANK PLC, DEUTSCHE
14 BANK TRUST COMPANY AMERICAS, and THE
   ROYAL BANK OF SCOTLAND PLC

15            **UNITED STATES DISTRICT COURT**

16                 **DISTRICT OF NEVADA**

17

| | |
|---|---|
| 18 AVENUE CLO FUND, LTD.; AVENUE CLO II, LTD.; AVENUE CLO III, LTD.; AVENUE CLO IV, LTD.; AVENUE CLO V, LTD.; AVENUE CLO VI, LTD.; BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD.; BATTALION CLO 2007-I LTD.; CANPARTNERS INVESTMENTS IV, LLC; CANYON SPECIAL OPPORTUNITIES MASTER FUND (CAYMAN), LTD.; CASPIAN CORPORATE LOAN FUND, LLC; CASPIAN CAPITAL PARTNERS, L.P.; CASPIAN SELECT CREDIT MASTER FUND, LTD.; MARINER OPPORTUNITIES FUND, LP; SANDS POINT FUNDING LTD.; COPPER RIVER CLO LTD.; KENNECOTT FUNDING LTD.; NZC OPPORTUNITIES (FUNDING) II LIMITED; GREEN LANE | Case No. 2:09-cv-01047-KJD-PAL<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO AMENDED COMPLAINT** |

CLO LTD.; 1888 FUND, LTD.; ORPHEUS FUNDING LLC; ORPHEUS HOLDINGS LLC; LFC2 LOAN FUNDING LLC; ABERDEEN LOAN FUNDING, LTD.; ARMSTRONG LOAN FUNDING, LTD.; BRENTWOOD CLO, LTD.; EASTLAND CLO, LTD.; EMERALD ORCHARD LIMITED; GLENEAGLES CLO, LTD.; GRAYSON CLO, LTD.; GREENBRIAR CLO, LTD.; HIGHLAND CREDIT OPPORTUNITIES CDO, LTD.; HIGHLAND LOAN FUNDING V, LTD.; HIGHLAND OFFSHORE PARTNERS, L.P.; JASPER CLO, LTD.; LIBERTY CLO, LTD.; LOAN FUNDING IV LLC; LOAN FUNDING VII LLC; LOAN STAR STATE TRUST; LONGHORN CREDIT FUNDING, LLC; RED RIVER CLO, LTD.; ROCKWALL CDO LTD.; ROCKWALL CDO II, LTD.; SOUTHFORK CLO, LTD.; STRATFORD CLO, LTD.; WESTCHESTER CLO, LTD.; ING PRIME RATE TRUST; ING SENIOR INCOME FUND; ING INTERNATIONAL (II) – SENIOR BANK LOANS EURO; ING INTERNATIONAL (II) – SENIOR BANK LOANS USD; ING INVESTMENT MANAGEMENT CLO I, LTD.; ING INVESTMENT MANAGEMEN CLO II, LTD.; ING INVESTMEN MANAGEMENT CLO III, LTD.; ING INVESTMENT MANAGEMENT CLO IV, LTD.; ING INVESTMENT MANAGEMENT CLO V, LTD.; ENCORE FUND LP; NUVEEN FLOATING RATE INCOME FUND; FORTISSIMO FUND; NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND; NUVEEN SENIOR INCOME FUND; SYMPHONY CREDIT OPPORTUNITY FUND, LTD.; SYMPHONY CLO I, LTD.; SYMPHONY CLO II, LTD.; SYMPHONY CLO III, LTD.; SYMPHONY CLO IV, LTD.; SYMPHONY CLO V, LTD.; CARLYLE HIGH YIELD PARTNERS 2008-1, LTD.; CARLYLE HIGH YIELD PARTNERS VI, LTD.; CARLYLE HIGH YIELD PARTNERS VII, LTD.; CARLYLE HIGH YIELD PARTNERS VIII, LTD.; CARLYLE HIGH YIELD PARTNERS IX, LTD.; CARLYLE HIGH YIELD PARTNERS X, LTD.; CARLYLE LOAN INVESTMENT, LTD.;

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

1
2
3
4
5
6
7
8
9
10
11
12
13

CENTURION CDO VI, LTD.; CENTURION CDO VII, LTD.; CENTURION CDO 8, LIMITED; CENTURION CDO 9, LIMITED; CENT CDO 10 LIMITED; CENT CDO XI LIMITED; CENT CDO 12 LIMITED; CENT CDO 14 LIMITED; CENT CDO 15 LIMITED; VENTURE II CDO 2002, LIMITED; VENTURE III CDO LIMITED; VENTURE IV CDO LIMITED; VENTURE V CDO LIMITED; VENTURE VI CDO LIMITED; VENTURE VII CDO LIMITED; VENTURE VIII CDO LIMITED; VENTURE IX CDO LIMITED; VISTA LEVERAGED INCOME FUND; VEER CASH FLOW CLO, LIMITED; DUANE STREET CLO 1, LTD.; DUANE STREET CLO II, LTD.; DUANE STREET CLO III, LTD.; DUANE STREET CLO IV, LTD.; DUANE STREET CLO V, LTD.; JAY STREET MARKET VALUE CLO I, LTD.; RIVA RIDGE MASTER FUND, LTD.; MARINER LDC; GENESIS CLO 2007-1 LTD.; ARES ENHANCED LOAN INVESTMENT STRATEGY III, LTD.; PRIMUS CLO I, LTD.; PRIMUS CLO II, LTD.; WEXFORD SPECTRUM INVESTORS LLC; and DEBELLO INVESTORS LLC,

14

Plaintiffs,

v.

15
16
17
18
19
20
21

BANK OF AMERICA, N.A.; MERRILL LYNCH CAPITAL CORPORATION; JPMORGAN CHASE BANK, N.A.; BARCLAYS BANK PLC; DEUTSCHE BANK TRUST COMPANY AMERICAS; THE ROYAL BANK OF SCOTLAND PLC; SUMITOMO MITSUI BANKING CORPORATION; BANK OF SCOTLAND; HSH NORDBANK AG; MB FINANCIAL BANK, N.A.; and CAMULOS MASTER FUND, L.P.,

22

Defendants.

23
24
25

Bailey ❖ Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Phone (702) 562-8820
Fax (702) 562-8821

Page 3 of 8

**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE
RESPONSES TO AMENDED COMPLAINT**

PURSUANT TO LR 6-2 AND LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their respective attorneys that Defendants Bank of America, N.A., Merrill Lynch Capital Corporation, JPMorgan Chase Bank, N.A., Barclays Bank PLC, Deutsche Bank Trust Company Americas, The Royal Bank of Scotland PLC, Sumitomo Mitsui Banking Corporation, Bank of Scotland PLC, HSH Nordbank AG, and Camulos Master Fund, L.P. (collectively, "Defendants"), shall have up to and including September 30, 2009 to serve and file their responses to the Amended Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

This stipulation is entered into without waiver of any of the parties' respective rights, claims, or defenses.

DATED this 14th day of September, 2009.

<table>
<tr><td>

DEANER, DEANER, SCANN, MALAN & LARSEN


By: _/s/ Susan Williams Scann_____
    Susan Williams Scann
    Nevada Bar No. 776
    720 South Fourth Street, Suite 300
    Las Vegas, Nevada 89101
    Telephone: (702) 382-6911
    Facsimile: (702) 366-0854
    sscann@deanerlaw.com

-and-

J. Michael Hennigan (*admitted pro hac vice*)
Bruce Bennett (*admitted pro hac vice*)
Lauren A. Smith (*admitted pro hac vice*)
Peter J. Most (*admitted pro hac vice*)
Sidney P. Levinson (*admitted pro hac vice*)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
hennigan@hbdlawyers.com
bennettb@hbdlawyers.com
smithl@hbdlawyers.com
most@hbdlawyers.com
levinsons@hbdlawyers.com

*Attorneys for Plaintiffs*

</td><td>

BAILEY✦KENNEDY


By: _/s/ Sarah E. Harmon_____
    Dennis L. Kennedy
    Nevada Bar No. 1462
    Sarah E. Harmon
    Nevada Bar No. 8106
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
    Telephone: (702) 562-8820
    Facsimile: (702) 562-8821
    dkennedy@baileykennedy.com
    sharmon@baileykennedy.com

-and-

Thomas C. Rice (*will comply with LR IA 10-2 within 45 days*)
David Woll (*will comply with LR IA 10-2 within 45 days*)
Justin S. Stern (*will comply with LR IA 10-2 within 45 days*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
jstern@stblaw.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A., Barclays Bank PLC, Deutsche Bank Trust Company Americas, and The Royal Bank of Scotland PLC*

</td></tr>
</table>

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 5 of 8

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LIONEL SAWYER & COLLINS

By: _/s/ Rodney M. Jean_____
        Rodney M. Jean
        Nevada Bar No. 1395
        300 South Fourth Street, Suite 1700
        Las Vegas, Nevada 89101
        Telephone: (702) 383-8888
        Facsimile: (702) 383-8845
        rjean@lionelsawyer.com

-and-

Bradley J. Butwin (*will comply with LR IA
    10-2 within 45 days*)
Jonathan Rosenberg (*will comply with LR IA
    10-2 within 45 days*)
Daniel L. Cantor (*will comply with LR IA
    10-2 within 45-days*)
William J. Sushon (*will comply with LR IA
    10-2 within 45 days*)
O'MELVENY & MYERS LLP
Times Square Tower
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
bbutwin@omm.com
jrosenberg@omm.com
dcantor@omm.com
wsushon@omm.com

*Attorneys for Defendants Bank of America,*
*N.A. and Merrill Lynch Capital Corporation*

KOLESAR & LEATHAM, CHTD.

By: _/s/ Peter Navarro_____
        Randolph Howard
        Nevada Bar No. 6688
        Peter Navarro
        Nevada Bar No. 10168
        3320 West Sahara Avenue, Suite 380
        Las Vegas, Nevada 89102
        Telephone: (702) 362-7800
        Facsimile: (702) 362-9472
        rhoward@klnevada.com
        pnavarro@klnevada.com

-and-

Jean-Marie L. Atamian (*will comply with LR
    IA 10-2 within 45 days*)
Jason I. Kirschner (*will comply with LR IA
    10-2 within 45 days*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
jatamian@mayerbrown.com
jkirschner@mayerbrown.com

*Attorneys for Defendant Sumitomo Mitsui*
*Banking Corporation*

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

By: _/s/ Stanley W. Parry_____
    Stanley W. Parry
    Nevada Bar No. 1417
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106-4617
    Telephone: (702) 471-7000
    Facsimile: (702) 471-7070
    parrys@ballardspahr.com

-and-

Anthony L. Paccione (*will comply with LR IA
   10-2 within 45 days*)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony.paccione@kattenlaw.com

*Attorneys for Defendant Bank of Scotland
PLC*

WOODS ERICKSON WHITAKER &
MAURICE LLP

By: _/s/ Aaron R. Maurice_____
    Aaron R. Maurice, Esq.
    Nevada Bar No. 6412
    1349 Galleria Drive, Suite 200
    Henderson, Nevada 89014
    Telephone: (702) 433-9696
    Facsimile: (702) 434-0615
    amaurice@woodserickson.co

-and-

Aaron Rubinstein (*will comply with LR IA
   10-2 within 45 days*)
Phillip A. Geraci (*will comply with LR IA
   10-2 within 45 days*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
arubinstein@kayescholer.com
pgeraci@kayescholer.com

*Attorneys for Defendant HSH Nordbank AG*

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON


By: __/s/ Nicholas J. Santoro_____
     Nicholas J. Santoro
     Nevada Bar No. 0532
     400 South Fourth Street, 3rd Floor
     Las Vegas, Nevada 89101
     Telephone: (702) 791-0308
     Facsimile: (702) 197-1912
     nsantoro@nevadafirm.com

*Attorneys for Defendant Camulos Master
Fund, L.P.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE/DISTRICT JUDGE

DATED: _____

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821