Dennis L. Kennedy
Nevada Bar No. 1462
Sarah E. Harmon
Nevada Bar No. 8106
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
sharmon@baileykennedy.com

Thomas C. Rice (*will comply with LR IA 10-2 within 45 days*)
David Woll (*will comply with LR IA 10-2 within 45 days*)
Justin S. Stern (*will comply with LR IA 10-2 within 45 days*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
jstern@stblaw.com

Attorneys for Defendants JPMORGAN CHASE
BANK, N.A., BARCLAYS BANK PLC, DEUTSCHE
BANK TRUST COMPANY AMERICAS, and THE
ROYAL BANK OF SCOTLAND PLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AVENUE CLO FUND, LTD.; AVENUE CLO II, LTD.; AVENUE CLO III, LTD.; AVENUE CLO IV, LTD.; AVENUE CLO V, LTD.; AVENUE CLO VI, LTD.; BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD.; BATTALION CLO 2007-I LTD.; CANPARTNERS INVESTMENTS IV, LLC; CANYON SPECIAL OPPORTUNITIES MASTER FUND (CAYMAN), LTD.; CASPIAN CORPORATE LOAN FUND, LLC; CASPIAN CAPITAL PARTNERS, L.P.; CASPIAN SELECT CREDIT MASTER FUND, LTD.; MARINER OPPORTUNITIES FUND, LP; SANDS POINT FUNDING LTD.; COPPER RIVER CLO LTD.; KENNECOTT FUNDING LTD.; NZC OPPORTUNITIES (FUNDING) II LIMITED; GREEN LANE | Case No. 2:09-cv-01047-KJD-PAL<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO AMENDED COMPLAINT** |

CLO LTD.; 1888 FUND, LTD.; ORPHEUS
FUNDING LLC; ORPHEUS HOLDINGS
LLC; LFC2 LOAN FUNDING LLC;
ABERDEEN LOAN FUNDING, LTD.;
ARMSTRONG LOAN FUNDING, LTD.;
BRENTWOOD CLO, LTD.; EASTLAND
CLO, LTD.; EMERALD ORCHARD
LIMITED; GLENEAGLES CLO, LTD.;
GRAYSON CLO, LTD.; GREENBRIAR CLO,
LTD.; HIGHLAND CREDIT
OPPORTUNITIES CDO, LTD.; HIGHLAND
LOAN FUNDING V, LTD.; HIGHLAND
OFFSHORE PARTNERS, L.P.; JASPER CLO,
LTD.; LIBERTY CLO, LTD.; LOAN
FUNDING IV LLC; LOAN FUNDING VII
LLC; LOAN STAR STATE TRUST;
LONGHORN CREDIT FUNDING, LLC; RED
RIVER CLO, LTD.; ROCKWALL CDO LTD.;
ROCKWALL CDO II, LTD.; SOUTHFORK
CLO, LTD.; STRATFORD CLO, LTD.;
WESTCHESTER CLO, LTD.; ING PRIME
RATE TRUST; ING SENIOR INCOME
FUND; ING INTERNATIONAL (II) –
SENIOR BANK LOANS EURO; ING
INTERNATIONAL (II) – SENIOR BANK
LOANS USD; ING INVESTMENT
MANAGEMENT CLO I, LTD.; ING
INVESTMENT MANAGEMEN CLO II,
LTD.; ING INVESTMEN MANAGEMENT
CLO III, LTD.; ING INVESTMENT
MANAGEMENT CLO IV, LTD.; ING
INVESTMENT MANAGEMENT CLO V,
LTD.; ENCORE FUND LP; NUVEEN
FLOATING RATE INCOME FUND;
FORTISSIMO FUND; NUVEEN FLOATING
RATE INCOME OPPORTUNITY FUND;
NUVEEN SENIOR INCOME FUND;
SYMPHONY CREDIT OPPORTUNITY
FUND, LTD.; SYMPHONY CLO I, LTD.;
SYMPHONY CLO II, LTD.; SYMPHONY
CLO III, LTD.; SYMPHONY CLO IV, LTD.;
SYMPHONY CLO V, LTD.; CARLYLE
HIGH YIELD PARTNERS 2008-1, LTD.;
CARLYLE HIGH YIELD PARTNERS VI,
LTD.; CARLYLE HIGH YIELD PARTNERS
VII, LTD.; CARLYLE HIGH YIELD
PARTNERS VIII, LTD.; CARLYLE HIGH
YIELD PARTNERS IX, LTD.; CARLYLE
HIGH YIELD PARTNERS X, LTD.;
CARLYLE LOAN INVESTMENT, LTD.;

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

CENTURION CDO VI, LTD.; CENTURION CDO VII, LTD.; CENTURION CDO 8, LIMITED; CENTURION CDO 9, LIMITED; CENT CDO 10 LIMITED; CENT CDO XI LIMITED; CENT CDO 12 LIMITED; CENT CDO 14 LIMITED; CENT CDO 15 LIMITED; VENTURE II CDO 2002, LIMITED; VENTURE III CDO LIMITED; VENTURE IV CDO LIMITED; VENTURE V CDO LIMITED; VENTURE VI CDO LIMITED; VENTURE VII CDO LIMITED; VENTURE VIII CDO LIMITED; VENTURE IX CDO LIMITED; VISTA LEVERAGED INCOME FUND; VEER CASH FLOW CLO, LIMITED; DUANE STREET CLO 1, LTD.; DUANE STREET CLO II, LTD.; DUANE STREET CLO III, LTD.; DUANE STREET CLO IV, LTD.; DUANE STREET CLO V, LTD.; JAY STREET MARKET VALUE CLO I, LTD.; RIVA RIDGE MASTER FUND, LTD.; MARINER LDC; GENESIS CLO 2007-1 LTD.; ARES ENHANCED LOAN INVESTMENT STRATEGY III, LTD.; PRIMUS CLO I, LTD.; PRIMUS CLO II, LTD.; WEXFORD SPECTRUM INVESTORS LLC; and DEBELLO INVESTORS LLC,

Plaintiffs,

v.

BANK OF AMERICA, N.A.; MERRILL LYNCH CAPITAL CORPORATION; JPMORGAN CHASE BANK, N.A.; BARCLAYS BANK PLC; DEUTSCHE BANK TRUST COMPANY AMERICAS; THE ROYAL BANK OF SCOTLAND PLC; SUMITOMO MITSUI BANKING CORPORATION; BANK OF SCOTLAND; HSH NORDBANK AG; MB FINANCIAL BANK, N.A.; and CAMULOS MASTER FUND, L.P.,

Defendants.

BAILEY ✥ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 3 of 8

## SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO AMENDED COMPLAINT

PURSUANT TO LR 6-2 AND LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their respective attorneys that Defendants Bank of America, N.A., Merrill Lynch Capital Corporation, JPMorgan Chase Bank, N.A., Barclays Bank PLC, Deutsche Bank Trust Company Americas, The Royal Bank of Scotland PLC, Sumitomo Mitsui Banking Corporation, Bank of Scotland PLC, HSH Nordbank AG, and Camulos Master Fund, L.P. (collectively, "Defendants"), shall have up to and including September 30, 2009 to serve and file their responses to the Amended Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

1      This stipulation is entered into without waiver of any of the parties' respective rights,

2 claims, or defenses.

3      DATED this 14th day of September, 2009.

4

5 DEANER, DEANER, SCANN, MALAN &     BAILEY❖KENNEDY
    LARSEN

6                                      By: _/s/ Sarah E. Harmon_____

7 By: _/s/ Susan Williams Scann_____     Dennis L. Kennedy
    Susan Williams Scann                Nevada Bar No. 1462
    Nevada Bar No. 776                Sarah E. Harmon

8     720 South Fourth Street, Suite 300     Nevada Bar No. 8106
    Las Vegas, Nevada 89101            8984 Spanish Ridge Avenue

9     Telephone: (702) 382-6911          Las Vegas, Nevada 89148-1302
    Facsimile: (702) 366-0854           Telephone: (702) 562-8820

10     sscann@deanerlaw.com             Facsimile: (702) 562-8821
                                     dkennedy@baileykennedy.com

11 -and-                                 sharmon@baileykennedy.com

12 J. Michael Hennigan (*admitted pro hac vice*)    -and-
Bruce Bennett (*admitted pro hac vice*)

13 Lauren A. Smith (*admitted pro hac vice*)    Thomas C. Rice (*will comply with LR IA 10-*
Peter J. Most (*admitted pro hac vice*)      *2 within 45 days*)

14 Sidney P. Levinson (*admitted pro hac vice*)   David Woll (*will comply with LR IA 10-2*
HENNIGAN, BENNETT & DORMAN LLP    *within 45 days*)

15 865 South Figueroa Street, Suite 2900    Justin S. Stern (*will comply with LR IA 10-2*
Los Angeles, California 90017         *within 45 days*)

16 Telephone: (213) 694-1200          SIMPSON THACHER & BARTLETT LLP
Facsimile: (213) 694-1234          425 Lexington Avenue

17 hennigan@hbdlawyers.com          New York, New York 10017
bennettb@hbdlawyers.com          Telephone: (212) 455-2000

18 smithl@hbdlawyers.com            Facsimile: (212) 455-2502
most@hbdlawyers.com             trice@stblaw.com

19 levinsons@hbdlawyers.com          dwoll@stblaw.com
                                     jstern@stblaw.com

20 *Attorneys for Plaintiffs*

21                                     *Attorneys for Defendants JPMorgan Chase*
                                    *Bank, N.A., Barclays Bank PLC, Deutsche*

22                                     *Bank Trust Company Americas, and The*
                                    *Royal Bank of Scotland PLC*

23

24

25

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 5 of 8

LIONEL SAWYER & COLLINS

By: _/s/ Rodney M. Jean_____
    Rodney M. Jean
    Nevada Bar No. 1395
    300 South Fourth Street, Suite 1700
    Las Vegas, Nevada 89101
    Telephone: (702) 383-8888
    Facsimile: (702) 383-8845
    rjean@lionelsawyer.com

-and-

Bradley J. Butwin (*will comply with LR IA 10-2 within 45 days*)
Jonathan Rosenberg (*will comply with LR IA 10-2 within 45 days*)
Daniel L. Cantor (*will comply with LR IA 10-2 within 45-days*)
William J. Sushon (*will comply with LR IA 10-2 within 45 days*)
O'MELVENY & MYERS LLP
Times Square Tower
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
bbutwin@omm.com
jrosenberg@omm.com
dcantor@omm.com
wsushon@omm.com

*Attorneys for Defendants Bank of America, N.A. and Merrill Lynch Capital Corporation*

KOLESAR & LEATHAM, CHTD.

By: _/s/ Peter Navarro_____
    Randolph Howard
    Nevada Bar No. 6688
    Peter Navarro
    Nevada Bar No. 10168
    3320 West Sahara Avenue, Suite 380
    Las Vegas, Nevada 89102
    Telephone: (702) 362-7800
    Facsimile: (702) 362-9472
    rhoward@klnevada.com
    pnavarro@klnevada.com

-and-

Jean-Marie L. Atamian (*will comply with LR IA 10-2 within 45 days*)
Jason I. Kirschner (*will comply with LR IA 10-2 within 45 days*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
jatamian@mayerbrown.com
jkirschner@mayerbrown.com

*Attorneys for Defendant Sumitomo Mitsui Banking Corporation*

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

By: _/s/ Stanley W. Parry_____
    Stanley W. Parry
    Nevada Bar No. 1417
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106-4617
    Telephone: (702) 471-7000
    Facsimile: (702) 471-7070
    parrys@ballardspahr.com

-and-

Anthony L. Paccione (*will comply with LR IA
   10-2 within 45 days*)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony.paccione@kattenlaw.com

*Attorneys for Defendant Bank of Scotland
PLC*

WOODS ERICKSON WHITAKER &
MAURICE LLP

By: _/s/ Aaron R. Maurice_____
    Aaron R. Maurice, Esq.
    Nevada Bar No. 6412
    1349 Galleria Drive, Suite 200
    Henderson, Nevada 89014
    Telephone: (702) 433-9696
    Facsimile: (702) 434-0615
    amaurice@woodserickson.co

-and-

Aaron Rubinstein (*will comply with LR IA
   10-2 within 45 days*)
Phillip A. Geraci (*will comply with LR IA
   10-2 within 45 days*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
arubinstein@kayescholer.com
pgeraci@kayescholer.com

*Attorneys for Defendant HSH Nordbank AG*

BAILEY ✦ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON


By: __/s/ Nicholas J. Santoro_____
      Nicholas J. Santoro
      Nevada Bar No. 0532
      400 South Fourth Street, 3rd Floor
      Las Vegas, Nevada 89101
      Telephone: (702) 791-0308
      Facsimile: (702) 197-1912
      nsantoro@nevadafirm.com

*Attorneys for Defendant Camulos Master
Fund, L.P.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE/DISTRICT JUDGE

DATED: ___9/15/09_____

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821