**CAMPBELL & WILLIAMS**
Donald J. Campbell (Bar No. 1216)
J. Colby Williams (Bar No. 5549)
700 South Seventh Street
Las Vegas, Nevada  89101
Telephone:     (702) 382-5222
Facsimile:      (702) 382-0540
*djc@cwlawlv.com*
*jcw@cwlawlv.com*

**MCKOOL SMITH, P.C.**
J. Michael Hennigan (admitted pro hac vice)
Kirk D. Dillman (admitted pro hac vice)
Robert W. Mockler (admitted pro hac vice)
Caroline M. Walters (admitted pro hac vice)
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone:     (213) 694-1200
Facsimile:      (213) 694-1234
hennigan@mckoolsmithhennigan.com
kdillman@mckoolsmithhennigan.com
rmockler@mckoolsmithhennigan.com
cwalters@mckoolsmithhennigan.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AVENUE CLO FUND, LTD., et al.,<br><br>                         Plaintiffs,<br><br>              vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                         Defendants. | Case No.  2:09-cv-01047-KJD-PAL<br><br>Hon. Kent J. Dawson<br><br>ORDER<br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF GENESIS CLO 2007-1 LTD.** |

1   Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiffs and Defendant
2  Bank of America, N.A. ("Defendant") hereby stipulate to the voluntary dismissal of this action with
3  prejudice by Plaintiff Genesis CLO 2007-I Ltd. only, all parties to pay their own fees and costs.
4  This voluntary dismissal by Genesis CLO 2007-I Ltd. in no way modifies or affects the remaining
5  Plaintiffs' prosecution of their claims against Defendant.
6      SO STIPULATED.
7  DATED:  February 2, 2015                     *Respectfully submitted,*

9  Dated: February 3, 2015                      By:  _____/s/ Robert W. Mockler_____
                                                          Robert W. Mockler

    _____
    UNITED STATES DISTRICT JUDGE

**CAMPBELL & WILLIAMS**
Donald J. Campbell (Bar No. 1216)
J. Colby Williams (Bar No. 5549)
700 South Seventh Street
Las Vegas, Nevada  89101
Telephone:     (702) 382-5222
Facsimile:     (702) 382-0540
*djc@cwlawlv.com*
*jcw@cwlawlv.com*

**McKool Smith, P.C.**
J. Michael Hennigan (admitted pro hac vice)
hennigan@mckoolsmithhennigan.com
Kirk D. Dillman (admitted pro hac vice)
kdillman@mckoolsmithhennigan.com
Robert W. Mockler (admitted pro hac vice)
rmockler@mckoolsmithhennigan.com
Caroline M. Walters (admitted pro hac vice)
cwalters@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone:     (213) 694-1200
Facsimile:     (213) 694-1234

Attorneys for Plaintiffs

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE BY GENESIS CLO 2007-1 LTD.
1074467

| | |
|---|---|
| DATED:  February 2, 2015 | *Respectfully submitted,* |

By:  _____/s/ Grant A. Davis-Denny_____
Grant A. Davis-Denny

**SANTORO WHITMIRE**
Nicholas J. Santoro, Esq.
nsantoro@santoronevada.com
Jason D. Smith, Esq.
jsmith@santoronevada.com
10100 W. Charleston Boulevard, Suite 250
Las Vegas, NV  89135
Telephone:  (702) 948-8771
Facsimile:  (702) 948-8773

**MUNGER, TOLLES & OLSON LLP**
Brad T. Brian (admitted pro hac vice)
Brad.Brian@mto.com
Marc T.G. Dworsky (admitted pro hac vice)
Marc.Dworsky@mto.com
Gregory J. Weingart (admitted pro hac vice)
Gregory.Weingart@mto.com
Grant A. Davis-Denny (admitted pro hac vice)
Grant.Davis-Denny@mto.com
Ray S. Seilie (admitted pro hac vice)
ray.seilie@mto.com
Kyle A. Casazza (admitted pro hac vice)
kyle.casazza@mto.com
Matthew A. Macdonald (admitted pro hac vice)
matthew.macdonald@mto.com
Jeffrey Y. Wu (admitted pro hac vice)
jeffrey.wu@mto.com
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

**O'MELVENY & MYERS LLP**
Jonathan Rosenberg (admitted pro hac vice)
jrosenberg@omm.com
Daniel L. Cantor (admitted pro hac vice)
dcantor@omm.com
Samantha A. Brutlag (admitted pro hac vice)
sbrutlag@omm.com
Times Square Tower, Seven Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Attorneys for Defendant Bank of America, N.A.