CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone:  (702) 382-5222
Facsimile:  (702) 382-0540
djc@cwlawlv.com
jcw@cwlawlv.com

McKOOL SMITH, P.C.
J. MICHAEL HENNIGAN, ESQ. (admitted pro hac vice)
KIRK D. DILLMAN, ESQ, (admitted pro hac vice)
ROBERT W. MOCKLER, ESQ. (admitted pro hac vice)
CAROLINE M. WALTERS, ESQ. (admitted pro hac vice)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234
hennigan@mckoolsmithhennigan.com
kdillman@mckoolsmithhennigan.com
rmockler@mckoolsmithhennigan.com
rgreenberg@mckoolsmithhennigan.com
cwalters@mckoolsmithhennigan.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AVENUE CLO FUND, LTD., et al., ) | Case No. 2:09-cv-01047-KJD-PAL |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

1

The parties, through their respective counsel of record, hereby stipulate that the above-captioned action may be dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

DATED this 20th day of February, 2015.

**CAMPBELL & WILLIAMS**

By__/s/ *J. Colby Williams*_____
Donald J. Campbell
Nevada Bar No. 1216
J. Colby Williams
Nevada Bar No. 5549
700 South Seventh Street
Las Vegas, Nevada 89101

**McKOOL SMITH, P.C.**
J. Michael Hennigan (admitted *pro hac vice*)
Kirk D. Dillman (admitted *pro hac vice*)
Robert W. Mockler (admitted *pro hac vice*)
Caroline M. Walters (admitted *pro hac vice*)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017

Attorneys for Plaintiffs

**SANTORO WHITMIRE**

By___/s/ *Nicholas J. Santoro*_____
Nicholas J. Santoro
Nevada Bar No. 532
10100 W. Charleston Boulevard, Suite 250
Las Vegas, NV 89135

**MUNGER, TOLLES & OLSON LLP**
Brad T. Brian (admitted *pro hac vice*)
Gregory J. Weingart (admitted *pro hac vice*)
Grant A. Davis-Denny (admitted *pro hac vice*)
Ray S. Seilie (admitted *pro hac vice*)
Kyle A. Casazza (admitted *pro hac vice*)
Matthew A. Macdonald (admitted *pro hac vice*)
Jeffrey Y. Wu (admitted pro hac vice)
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

**O'MELVENY & MYERS LLP**
Daniel L. Cantor (admitted *pro hac vice*)
Times Square Tower
Seven Times Square
New York, NY  10036

Attorneys for Defendant Bank of America, N.A.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 26, 2015

2