CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
djc@cwlawlv.com
jcw@cwlawlv.com

McKOOL SMITH, P.C.
J. MICHAEL HENNIGAN, ESQ. (admitted pro hac vice)
KIRK D. DILLMAN, ESQ, (admitted pro hac vice)
ROBERT W. MOCKLER, ESQ. (admitted pro hac vice)
CAROLINE M. WALTERS, ESQ. (admitted pro hac vice)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
hennigan@mckoolsmithhennigan.com
kdillman@mckoolsmithhennigan.com
rmockler@mckoolsmithhennigan.com
rgreenberg@mckoolsmithhennigan.com
cwalters@mckoolsmithhennigan.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AVENUE CLO FUND, LTD., et al., | Case No. 2:09-cv-01047-KJD-PAL |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

1

The parties, through their respective counsel of record, hereby stipulate that the above-captioned action may be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 20th day of February, 2015.

| | |
|---|---|
| **CAMPBELL & WILLIAMS** | **SANTORO WHITMIRE** |
| By  /s/ *J. Colby Williams*  | By  /s/ *Nicholas J. Santoro*  |
| Donald J. Campbell | Nicholas J. Santoro |
| Nevada Bar No. 1216 | Nevada Bar No. 532 |
| J. Colby Williams | 10100 W. Charleston Boulevard, Suite 250 |
| Nevada Bar No. 5549 | Las Vegas, NV 89135 |
| 700 South Seventh Street | |
| Las Vegas, Nevada 89101 | |
| | |
| **McKOOL SMITH, P.C.** | **MUNGER, TOLLES & OLSON LLP** |
| J. Michael Hennigan (admitted *pro hac vice*) | Brad T. Brian (admitted *pro hac vice*) |
| Kirk D. Dillman (admitted *pro hac vice*) | Gregory J. Weingart (admitted *pro hac vice*) |
| Robert W. Mockler (admitted *pro hac vice*) | Grant A. Davis-Denny (admitted *pro hac vice*) |
| Caroline M. Walters (admitted *pro hac vice*) | Ray S. Seilie (admitted *pro hac vice*) |
| 865 South Figueroa Street, Suite 2900 | Kyle A. Casazza (admitted *pro hac vice*) |
| Los Angeles, California 90017 | Matthew A. Macdonald (admitted *pro hac vice*) |
| | Jeffrey Y. Wu (admitted pro hac vice) |
| | 355 South Grand Avenue, 35th Floor |
| Attorneys for Plaintiffs | Los Angeles, CA  90071-1560 |
| | |
| | **O'MELVENY & MYERS LLP** |
| | Daniel L. Cantor (admitted *pro hac vice*) |
| | Times Square Tower |
| | Seven Times Square |
| | New York, NY  10036 |
| | |
| | Attorneys for Defendant Bank of America, N.A. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 26, 2015